JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY A. BURTON, | ) | No. CV 08-5834-GHK(CW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| R. HARRIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: 9/10/15

_____
GEORGE H. KING
Chief United States District Judge

1